**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01398-LTB-MJW

GBAZERE A. BAILLY and
ARTHUR M. LOBOUET,

      Plaintiffs,

v.

LAFARGE NORTH AMERICA, INC., a Maryland corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulated Dismissal With Prejudice of the Claims of Gbazere A. Bailley (Doc 23 - filed April 11, 2008) and the Stipulated Dismissal With Prejudice of the Claims of Arthur M. Lobouet (Doc 24 - filed April 11, 2008), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: April 14, 2008